DANIEL G. BOGDEN
United States Attorney
District of Nevada

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

FILED
03 JAN 31 PM 3: 17
LANCE S. WILSON
CLERK
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE BARRAZA, MARTHA BARRAZA, and THE ESTATE OF CHRISTIAN I. BARRAZA, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHOE MEDICAL CENTER INC., MICHAEL WALBORN, M.D., STEVEN SHANE, M.D., BARRY FRANK, M.D., and DOES I-X, inclusive, <br><br> Defendants. | CV-N-03-0061-ECR-VPC <br><br><br> (formerly Case No. CV02-056849, In the Second Judicial District Court of the State of Nevada, Washoe County, Nevada) |

## NOTICE OF REMOVAL

Notice is hereby given that Defendant, Michael Walborn, M.D., by and through his attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Greg Addington, Assistant United States Attorney, have removed this action from the Second Judicial District Court of the State of Nevada, Washoe County, Nevada, to the United States District Court, District of Nevada, on the following grounds:

1. Michael Walborn, M.D. is a Defendant in the above-captioned civil caption now pending in the District Court, Clark County, Nevada, civil action no. CV02-06849. Copies of all process, pleadings, and orders served upon Defendant in such action are attached hereto.

2. The above-captioned action is one which may be removed without bond to this court pursuant to subsection (d) of Section 2679, Title 28, United States Code, for the reasons that (a) Plaintiffs in such action seek judgment for damages resulting from the allegedly negligent or wrongful act or omission of Defendant Walborn; (b) at the time of the alleged occurrence, Defendant Walborn was acting within the scope of his employment as a deemed employee of the United States; and (c) the remedy against the United States provided by sections 1346(b) and 2672 of Title 28, United States Code, is exclusive of any other civil action of proceeding against Defendant Walborn for money damages by reason of this subject matter.

DATED: January 31, 2003.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney

CODE NO. $1425
STEPHEN H. OSBORNE
Nevada Bar No. 4712
232 Court Street
Reno, NV 89501
(775) 789-4944
Attorney for Plaintiffs

FILED
2002 NOV 20 PM 4:25
RONALD A. LONGTIN, JR.
BY C. Parsley
  DEPUTY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

GUADALUPE BARRAZA,
MARTHA BARRAZA,
and THE ESTATE OF CHRISTIAN
I. BARRAZA, deceased,

    Plaintiffs,

-vs-

WASHOE MEDICAL CENTER, INC.,
MICHAEL WALBORN, M.D.,
STEVEN SHANE, M.D., BARRY
FRANK, M.D., and DOES I-X,
inclusive,

    Defendants.

Case No. CV02-06847

Dept. No.: 6

## COMPLAINT FOR MEDICAL MALPRACTICE

COMES NOW, Plaintiff, GUADALUPE BARRAZA, MARTHA BARRAZA, and THE ESTATE OF CHRISTIAN I. BARRAZA, deceased, by and through their attorney, Stephen H. Osborne of LAW OFFICE OF STEPHEN H. OSBORNE, LIMITED, and for their claim of relief against the Defendants, and each of them, alleges as follows:

Law Office of
Stephen H. Osborne, Ltd.
232 Court Street
Reno, Nevada 89501
(775) 789-4944

1

1  the events herein alleged took place primarily in the County of Washoe, State of Nevada.

2      9. The true names and capacities, whether individual, corporate, associate or otherwise of DOES I through X, inclusive, are unknown to Plaintiff, and Plaintiff therefore sues them by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when such are ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is liable to the Plaintiff in some manner for the occurrences herein alleged.

    10. At all times herein mentioned, Defendants, and each of them, were the apparent ostensible principals, principals, apparent ostensible agents, agents, apparent ostensible servants, servants, apparent ostensible employees, employees, apparent ostensible assistants, assistants, apparent ostensible consultants and consultants of their Co-Defendants, and were as such, acting within the course, scope and authority of said agency and employment, and that each and every of such Defendants, as aforesaid, when acting as a principal, was negligent in the hiring, retention, and supervision of each and every other Defendant as an agent, servant, employee, assistant and consultant.

    11. On July 30, 2002, Plaintiffs filed with the Medical Dental Screening Panel, Northern Nevada Screening Panel, Reno, Nevada, as Medical Dental Screening Panel No. R02-07-2433, a Complaint of Medical Malpractice against defendants.

    12. On or about February 12, 2001, and thereafter, CHRISTIAN L BARRAZA was taken to Defendants, and each of them, undertook for compensation to examine, diagnose, prescribe medications, perform procedures, and to handle and control the care and treatment of CHRISTIAN L. BARRAZA.

//

Law Office of
Stephen H. Osborne, Ltd.
132 Court Street
Reno, Nevada 89501
(775) 786-4044

3

13. On or about February 12, 2001, and thereafter, Defendants, and each of them, were negligent, careless and grossly negligent in their care and treatment of CHRISTIAN I. BARRAZA, including their examination, diagnosis, treatment, referral and transfer. The negligence, carelessness, and gross negligence, of Defendants, and each of them, caused substantial injury to Plaintiff which caused and/or contributed to the death of CHRISTIAN I. BARRAZA. (See Exhibit "A" and "B" attached hereto)

14. As a direct and proximate result of the foregoing, Plaintiffs were injured in their health, strength, and activity, sustaining injury to their body and shock and injury to her nervous system and person, all of which injuries have caused and continue to cause Plaintiffs great mental, physical and nervous pain and suffering, all to the injury and damage to said Plaintiffs in an amount in excess of ten thousand dollars ($10,000). (See Exhibit "A" and "B" attached hereto)

15. As a direct and proximate result of the foregoing, Plaintiffs have been and in the future will be required to obtain the services of physicians, surgeons, and medical care in an amount in excess of ten thousand dollars ($10,000).

16. As a further direct and proximate result of the foregoing, Plaintiffs have sustained general damages in a sum in excess of ten thousand dollars ($10,000).

17. As a further direct and proximate result of the foregoing, Plaintiffs have sustained damages for loss of probable support, companionship, society, comfort and consortium in a sum in excess of ten thousand dollars ($10,000).

WHEREFORE the Plaintiff prays for judgment against the Defendants as follows:

1. Special damages in excess of ten thousand dollars;

2. General damages in excess of ten thousand dollars;

3. Costs of suit herein; and

Law Office of
Stephen H. Osborne, Ltd.
232 Court Street
Reno, Nevada 89501
(775) 789-4944

4. For such other and further relief as the court deems just and proper.

DATED this __19TH__ day of November, 2002.

LAW OFFICE OF STEPHEN H. OSBORNE, LTD.
Attorneys for Plaintiffs

By: _____
STEPHEN H. OSBORNE
232 Court Street
Reno, Nevada 89501

| | |
|---|---|
| GUADALUPE BARRAZA, MARTHA BARRAZA, and THE ESTATE OF CHRISTIAN I. BARRAZA, deceased,<br><br>              Plaintiffs,<br><br>vs.<br><br>WASHOE MEDICAL CENTER INC., MICHAEL WALBORN, M.D., STEVEN SHANE, M.D., BARRY FRANK, M.D., and DOES I-X, inclusive,<br><br>              Defendants. | CV-S-_____ |

## PROOF OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney, Reno, Nevada and I am of such age and discretion as to be competent to serve papers. On January 31, 2003, I served a copy(ies) of **NOTICE OF REMOVAL** by placing said copy(ies) in a postpaid envelope addressed to the person(s) named below at the place(s) and address(es) stated below and by depositing said envelope and

4

contents in the United States mail at the United States Attorney's Office, 100 West Liberty, Suite 600, Reno, Nevada 89501:

**Stephen H. Osborne, Esq.**
**232 Court Street**
**Reno, Nevada 89501**
**Attorney for Plaintiffs**

**Edward J. Lemons, Esq.**
**Lemons, Grundy & Eisenberg**
**6005 Plumas Street, Suite 300**
**Reno, Nevada 8509-6000**

**John Cotton, Esq.**
**John Cotton & Associates**
**2300 West Sahara, Suite 420**
**Las Vegas, Nevada 89102**

**Margo Piscevich, Esq.**
**Piscevich & Fermer**
**350 S. Center St., Ste. 300**
**Reno, Nevada 89501**

**Kelly Kusick**
**Nevada Department of Insurance**
**2501 East Sahara, Ste. 302**
**Las Vegas, Nevada 89104**

_____
JUDY FARMER
Legal Assistant

4